# North Shore Railroad Company *v.* The Pennsylvania Company, Appellant (Nos. 1 and 2).

*Appeals—Preliminary injunctions—Practice—Supreme Court.*

On an appeal from decrees continuing preliminary injunctions until further orders of the court, where apparently there was sufficient ground for the action of the court, the Supreme Court will not depart from the established practice not to consider the merits until the cases are presented after final hearing in the common pleas.

Argued Feb. 6, 1911.   Appeals, Nos. 35 and 36, Oct. T., 1911, by defendant, from decree of C. P. Beaver Co., in

equity, Sept. T., 1910, Nos. 2 and 3, continuing prelimi-
nary injunction in case of North Shore Railroad Company
v. The Pennsylvania Company, leasing and operating
The Pittsburg, Fort Wayne & Chicago Railway. Be-
fore FELL, C. J., BROWN, MESTREZAT, POTTER, ELKIN,
STEWART and MOSCHZISKER, JJ.  Affirmed.

Bill in equity for an injunction.  Before HOLT, P. J.
The nature of appeal appears by the opinion of the
Supreme Court.

*W. A. McConnel*, for appellant.

*Arthur E. Barnett* and *James L. Hogan*, for appellee.

PER CURIAM, April 10, 1911:
These appeals are from decrees continuing, until further
order of the court, preliminary injunctions restraining
the defendant from interfering with the connection of the
tracks of the plaintiff's road with its own and from enter-
ing on the plaintiff's right of way.  They relate to the
same subject-matter and were argued together.  Appar-
ently there was sufficient ground for the action of the
court in awarding the injunction and there is no reason
why this court should depart from the established practice
not to consider the merits until the cases are presented
after final hearing in the common pleas.
The appeals are dismissed.